AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
## for the
### Western District of New York

United States of America )
)
)
v. ) Case No. 14-MJ- 4071
)
)
BRANDON CORREA )
)

*Defendant*

**CRIMINAL COMPLAINT**

*[Stamp: UNITED STATES DISTRICT COURT FILED JUN 12 2014 MICHAEL L. ROEMER, CLERK WESTERN DISTRICT OF NY]*

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of ___June 11, 2014,___ in the county of _____Monroe_____ in the Western District of New York, the defendant violated _____18_____ U.S.C. § ____871____, an offense described as follows:

**the defendant did knowingly and willfully make threatening statements of death toward the President of the United States, Barack Obama, in violation of Title 18, U.S.C. § 871.**

This criminal complaint is based on these facts:

X   Continued on the attached sheet.

Please see attached affidavit

_____
*Complainant's signature*

_____Joel D. Blackerby, Special Agent, USSS_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___June 12, 2014___

_____
*Judge's signature*

City and State:   Rochester, New York

Hon. Jonathan W. Feldman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

State of New York        )
County of Monroe         ) ss:
City of Rochester        )

*14-mg-4071*

I, JOEL D. BLACKERBY, being duly sworn, state as follows:

1.      I am a Special Agent of the United States Secret Service, and have been so employed since January 1996.  I am assigned to the Rochester Resident Agency, where my duties include the supervision and investigation of threats against protected individuals, to include but not limited to, the President of The United States, former Presidents and facilities under the direct protection of the United States Secret Service.

2.      As part of my current duties, I am conducting an Investigation of suspected violation of Title 18, United States Code, Section 871 by **Brandon Correa** (hereinafter referred to as "**CORREA**").

3.      This affidavit is submitted in support of a criminal complaint charging that **CORREA** knowingly threatened to kill, kidnap or inflict bodily harm upon the President of the United States in violation of 18 U.S.C § 871.

4.      The information contained in this affidavit is based upon information I have gathered from my investigation, my personal observations, my training and experience and/or information relayed to me by other law enforcement officers and or/agents.  Since this affidavit is being submitted for the limited purpose of securing

a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause to believe that Title 18, United States Code, Section, 871 has been violated.

## PROBABLE CAUSE

5.    On 6/11/14, at approximately 8:00 PM, I received a call from the New York State Troopers regarding a threatening post to President Obama on Twitter. Trooper Kotin advised their intelligence unit in Albany had been following a Twitter feed by a Brandon Croops, AKA Brandon Correa. **CORREA** had threatened death to the Governor of New York and Lieutenant Governor of New York and then followed it up with a threatening feed directed at President Obama saying....."you are a marked bitch...im coming to watch you die. Get ready to die faggot."

6.    **CORREA** was located and interviewed in the street in front of 35 Kingston Street, Rochester, New York. **CORREA** came to the door in a very aggressive manner toward us making contact with my chest as he walked up to one of the troopers saying "I'll take care of this" and was thusly placed in cuffs by the troopers for safety purposes. He was advised by me and by the troopers he was not under arrest to which he replied "I understand". **CORREA** openly admitted writing what he did. He stated he receives messages from Jehovah and has for over 4 years now. **CORREA** stated he was following through with his messages from Jehovah. He said he does what he is told to do. **CORREA** never answered questions directly

2

rather exclaimed "Obama is pure evil and must die." When discussing what he would do if he met Obama, **CORREA** became very agitated and began screaming in a rambling fashion that "Obama is evil and his death is imminent." This interview was disjointed with rambling statements pertaining to receiving messages from Jehovah even as we spoke, to receiving messages from the TV, from CNN. Toward the end of the interview, **CORREA** did allow me to go through his phone and view his posts on Twitter advising me on exactly what to do.

## CONCLUSION

Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that **BRANDON CORREA** made threatening statements of death toward the President of the United States, Barack Obama, in direct violation of 18 U.S.C. § 871.

_____
JOEL D. BLACKERBY
Special Agent
United States Secret Service

Sworn to before me this
12 day of June, 2014.

_____
HON. JONATHAN W. FELDMAN
U.S. MAGISTRATE JUDGE

3