IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      vs.                                14-CR-6123 (EAW)

BRANDON CORREA,

      Defendant.

_____

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE**, that the government hereby adopts the findings of the November 19, 2015 Pre-sentence Report with respect to sentencing factors in this action. Pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure, the United States respectfully asks this Court to impose the agreed upon sentence of 18 months incarceration as part of the sentence in this matter.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. §3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

In the event present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

[1]

>Asset Forfeiture/Financial Litigation Unit
>U.S. Attorney's Office--WDNY
>138 Delaware Avenue
>Buffalo, New York 14202

If a letter is not received within 10 days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. §3E1.1(b).

The United States reserves the right to respond to any filings made by the defendant.

DATED:   Rochester, New York, November 30, 2015

>WILLIAM J. HOCHUL, Jr.
>United States Attorney
>
>By: /s/CRAIG R. GESTRING
>Assistant United States Attorney
>United States Attorney's Office
>Western District of New York
>100 State Street, Room 500
>Rochester, New York  14614
>(585) 263-6760, ext. 23979
>Craig.Gestring@usdoj.gov

TO:   Brandon Correa, Pro-Se, Defendant
      Robert Smith, Esq., Counsel for Defendant
      Sarah Whitcomb, United States Probation Department